UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on February 18, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Siemon J. Franken

Case No.: 25-11441

Chapter: 13

Judge: MEH

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

DATED: February 18, 2025

Honorable Mark E. Hall
United States Bankruptcy Judge

After review of the application of _____Siemon J. Franken_____ for the reduction of time for a hearing on  debtor's Motion to Extend Automatic Stay _____

_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___Wednesday, March 5, 2025___ at ___9 am___ in the United States Bankruptcy Court, ___402 E. State St, Trenton, NJ 08608 via Court Solutions___, Courtroom No. ___2___.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
 Chapter 13 Trustee and secured creditors.

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☒ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
 unsecured creditors and all other interested parties.

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☒ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*