UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
Siemon J. Franken

Case No.: <u>25-11441 MEH</u>

Chapter: <u>13</u>

Hearing Date: <u>3/5/2011</u>

Judge: <u>Hall</u>

**CERTIFICATION OF SERVICE**

1. I, Chris Bigelow:

    _____  represent the debtor in the above captioned matter.

    ___X___  am the secretary / paralegal for ___Lee M. Perlman__, who represents the debtor(s) in the above captioned matter.

    _____  Am the _____ in the above captioned matter and am representing myself.

2. On ___2/18/2025_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: _motion to extend automatic stay_.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.

Dated: <u>2/18/2025</u>                                          ___/s/ Chris Bigelow___

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br><br>**Amex**<br>**Correspondence/Bankruptcy**<br>**Po Box 981540**<br>**El Paso, TX 79998-1540**<br><br>**Apothaker Scian, PC**<br>**520 Fellowship Rd, Ste C306**<br>**Mount Laurel, NJ 08054-3410**<br><br>**Cavalry Spv I, LLC**<br>**500 Summit Lake Dr Ste 400**<br>**Valhalla, NY 10595-2321**<br><br>**(p)JPMORGAN CHASE BANK N A**<br>**BANKRUPTCY MAIL INTAKE TEAM**<br>**700 KANSAS LANE FLOOR 01**<br>**MONROE LA 71203-4774**<br><br>**(p)CITIBANK**<br>**PO BOX 6043**<br>**SIOUX FALLS SD 57117-6043**<br><br>**Doyle & Hoefs, LLC**<br>**2043 Springwood Road**<br>**York, PA 17403-4836**<br><br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>    (as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| **(p)STATE OF NEW JERSEY**<br>**DIVISION OF TAXATION BANKRUPTCY UNIT**<br>**PO BOX 245**<br>**TRENTON NJ 08646-0245**<br><br>**Chase Card Services**<br>**Attn: Bankruptcy**<br>**P.O. 15298**<br>**Wilmington, DE 19850**<br><br>**Citibank**<br>**7920 NW 110th St**<br>**Kansas City, MO 64153**<br><br>**State of New Jersey**<br>**PO Box 283**<br>**Trenton, NJ 08602** | | |
| **KML Law Group, PC**<br>**216 Haddon Ave, Ste 406**<br>**Collingswood, NJ 08108-2812**<br><br>**Select Portfolio Servicing, Inc**<br>**Attn: Bankruptcy**<br>**Po Box 65250**<br>**Salt Lake City, UT 84165-0250** | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br> X  E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.