Order Filed on March 5, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
    Siemon J. Franken

Case No.: 25-11441 MEH
Chapter: 13
Hearing Date: 3/5/25
Judge: Hall

# ORDER
## ON MOTION TO EXTEND AUTOMATIC STAY

The relief set forth on the following page(s), numbered two (2) through two (2), is hereby **ORDERED**

**DATED: March 5, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

Page 2
In Re. Siemon J. Franken,
25-11441 MEH
Order on Motion TO EXTEND Automatic Stay

---

The debtor(s) having filed a Motion to Extend the Automatic Stay pursuant to 11 U.S.C. §362(c)(3)(B), and the court having considered the matter and any opposition thereto, and the court finding that the instant case was filed in good faith, and the instant motion was timely filed, and for good cause shown, it is hereby

**ORDERED** that the 11 U.S.C. §362 automatic stay is extended and shall remain in full force and effect barring further order of this court, as to all creditors in this case pursuant to 11 U.S.C. §362(c)(3)(B).