| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.: <u>25-11441 MEH</u><br><br>Chapter: <u>      13          </u><br><br>Hearing Date: <u>4/16/2025     </u> |
| In Re:<br>Siemon J. Franken | Judge: <u> Hall    </u> |

### CERTIFICATION OF SERVICE

1. I, Nicholas Ralston:

   _____ represent the debtor in the above captioned matter.

   __X__ am the secretary / paralegal for ____Lee M. Perlman_, who represents the debtor(s) in the above captioned matter.

   _____ Am the _____ in the above captioned matter and am representing myself.

2. On __3/07/2025_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Chapter 13 Plan.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.


Dated:_____3/07/2025_____                    __/s/ Nicholas Ralston_____

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br><br>New Jersey Attorney General Office<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 112<br>Trenton, NJ 08625-0112<br><br>State of New Jersey<br>P.O. Box 283<br>Trenton, NJ 08602<br><br>Select Portfolio Servicing Inc<br>Attn: Bankruptcy<br>P.O. Box 65250<br>Salt Lake City, UT 84165<br><br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>     (as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.