UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on May 20, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Siemon J. Franken

Case No.: 25-11441

Chapter: 13

Judge: Hall

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: May 20, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

After review of the application of _____Lee Martin Perlman_____ for a reduction of time for a hearing on _____Motion to Vacate Dismissal of Case_____ _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____May 28, 2025_____ at __9:00AM__ in the United States Bankruptcy Court, 402 E. State Street, Trenton, NJ 08608 Courtroom No. _2_____.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Chapter 13 Trustee and Secured Creditors
_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: Unsecured Creditors
_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

    ❏ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute said motion/application and any objections.

    ❏ Parties may request to appear by phone by contacting Chambers prior to the return date.

9.   ❏ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

    ❏ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*