UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
Siemon J. Franken

Case No.: 25-11441 MEH

Chapter: 13

Hearing Date: 5/28/2025

Judge: Hall

## CERTIFICATION OF SERVICE

1. I, Chris Bigelow:

   _____ represent the debtor in the above captioned matter.

   __X__ am the secretary / paralegal for ___Lee M. Perlman___, who represents the debtor(s) in the above captioned matter.

   _____ Am the _____ in the above captioned matter and am representing myself.

2. On ___5/20/2025___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: motion to vacate dismissal and order granting hearing on shortened time.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.

Dated: 5/20/2025                                                                    /s/ Chris Bigelow

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br><br>**KML Law Group, PC**<br>**216 Haddon Ave, Ste 406**<br>**Collingswood, NJ 08108-2812**<br><br><br>**Select Portfolio Servicing, Inc**<br>**Attn: Bankruptcy**<br>**Po Box 65250**<br>**Salt Lake City, UT 84165-0250**<br><br><br>**Albert Russo**<br>**Standing Chapter 13 Trustee**<br>**CN 4853**<br>**Trenton, NJ 08650-4853** | Creditor | ___ Hand delivered<br>___ Regular mail<br>___ Certified mail/RR<br> X  E-mail<br>___ Notice of Electronic Filing (NEF)<br> X  Other  overnight<br>      (as authorized by the court*) |
| **Amex**<br>**Correspondence/Bankruptcy**<br>**Po Box 981540**<br>**El Paso, TX 79998-1540**<br><br>**Apothaker Scian, PC**<br>**520 Fellowship Rd, Ste C306**<br>**Mount Laurel, NJ 08054-3410**<br><br>**Cavalry Spv I, LLC**<br>**500 Summit Lake Dr Ste 400**<br>**Valhalla, NY 10595-2321** | Creditor | ___ Hand delivered<br> X   Regular mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing (NEF)<br>___ Other _____<br>      (as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774<br><br>(p)CITIBANK<br>PO BOX 6043<br>SIOUX FALLS SD 57117-6043<br><br>Doyle & Hoefs, LLC<br>2043 Springwood Road<br>York, PA 17403-4836<br><br>Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><br>(p)STATE OF NEW JERSEY<br>DIVISION OF TAXATION BANKRUPTCY UNIT<br>PO BOX 245<br>TRENTON NJ 08646-0245<br><br>U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102-5235<br><br>Siemon J. Franken<br>116 Branch St<br>Mount Holly, NJ 08060-1833 | | |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.