| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.: <u>25-11441 MEH</u><br><br>Chapter: <u>     13          </u><br><br>Hearing Date: <u>N/A    </u> |
| In Re:<br>Siemon J. Franken | Judge: <u>    Hall      </u> |

### CERTIFICATION OF SERVICE

1. I, Chris Bigelow:

    _____  represent the debtor in the above captioned matter.

    <u>   X   </u>  am the secretary / paralegal for <u>   Lee M. Perlman</u>, who represents the debtor(s) in the above captioned matter.

    _____  Am the _____ in the above captioned matter and am representing myself.

2. On <u>    6/5/2025       </u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: <u>     order granting motion to vacate dismissal    </u>.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.


Dated: <u>6/5/2025               </u>                          <u>    /s/ Chris Bigelow           </u>

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br><br>AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701<br><br>AMEX<br>CORRESPONDENCEBANKRUPTCY<br>PO BOX 981540<br>EL PASO TX 79998-1540<br><br>APOTHAKER SCIAN PC<br>520 FELLOWSHIP RD STE C306<br>MOUNT LAUREL NJ 08054-3410<br><br>CAVALRY SPV I LLC<br>PO BOX 4252<br>GREENWICH CT 06831-0405<br><br>CAVALRY SPV I LLC<br>500 SUMMIT LAKE DR STE 400<br>VALHALLA NY 10595-2321<br><br>CHASE CARD SERVICES<br>ATTN BANKRUPTCY<br>PO 15298<br>WILMINGTON DE 19850-5298<br><br>(P)CITIBANK<br>PO BOX 6043<br>SIOUX FALLS SD 57117-6043<br><br>DOYLE HOEFS LLC | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>      (as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| 2043 SPRINGWOOD ROAD<br>YORK PA 17403-4836<br><br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346<br><br>KML LAW GROUP PC<br>216 HADDON AVE STE 406<br>COLLINGSWOOD NJ 08108-2812<br><br>SANTANDER CONSUMER USA<br>PO BOX 560284<br>DALLAS TX 75356-0284<br><br>SELECT PORTFOLIO SERVICING INC<br>ATTN BANKRUPTCY<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250<br><br>(P)STATE OF NEW JERSEY DIVISION OF TAXATION<br>ATTN BANKRUPTCY UNIT<br>PO BOX 245<br>TRENTON NJ 08695-0245<br><br>(P)STATE OF NEW JERSEY<br>DIVISION OF TAXATION BANKRUPTCY UNIT<br>PO BOX 245<br>TRENTON NJ 08646-0245<br><br>US TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102-5235<br><br>USAA FEDERAL SAVINGS BANK<br>ROBERTSON ANSCHUTZ SCHNEID<br>CRANE PARTNERS PLLC<br>6409 CONGRESS AVENUE SUITE 100<br>BOCA RATON FL 33487-2853<br><br>DEBTOR<br>SIEMON J FRANKEN<br>116 BRANCH ST<br>MOUNT HOLLY NJ 08060-1833 | | |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.