Form ntcrics − ntcreincsv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case No.:  25−11441−MEH
    Chapter:  13
    Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Siemon J. Franken
   aka Siemon Johannus Franken
   116 Branch St
   Mount Holly, NJ 08060

Social Security No.:
   xxx−xx−9373

Employer's Tax I.D. No.:

## NOTICE OF ENTRY OF ORDER VACATING DISMISSAL OF CASE

    Notice is hereby given that an order vacating dismissal of this case was entered on 6/5/25. The order may create new deadlines for filing of proofs of claim, complaints, and objections to exemptions, and may contain a new date for the hearing on confirmation of the Plan if this is a chapter 13 case.

    The order may be viewed at any District of New Jersey Bankruptcy Court Clerk's office, and is available for download at www.pacer.uscourts.gov.

Dated: June 5, 2025
JAN: mjb

                                                                   Jeanne Naughton
                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 25-11441-MEH
Siemon J. Franken  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Jun 05, 2025  Form ID: ntcrics  Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Siemon J. Franken, 116 Branch St, Mount Holly, NJ 08060-1833 |
| 520550342 | + | Doyle & Hoefs, LLC, 2043 Springwood Road, York, PA 17403-4836 |
| 520550345 | + | KML Law Group, PC, 216 Haddon Ave, Ste 406, Collingswood, NJ 08108-2812 |
| 520550347 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 05 2025 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 05 2025 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520600825 | | Email/PDF: bncnotices@becket-lee.com | Jun 05 2025 20:52:39 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520550337 | + | Email/PDF: bncnotices@becket-lee.com | Jun 05 2025 20:53:14 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520550338 | ^ | MEBN | Jun 05 2025 20:45:05 | Apothaker Scian, PC, 520 Fellowship Rd, Ste C306, Mount Laurel, NJ 08054-3410 |
| 520550341 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 05 2025 21:03:37 | Citibank, 7920 NW 110th St, Kansas City, MO 64153 |
| 520557539 | + | Email/Text: bankruptcy@cavps.com | Jun 05 2025 20:50:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520550339 | + | Email/Text: bankruptcy@cavps.com | Jun 05 2025 20:50:00 | Cavalry Spv I, LLC, 500 Summit Lake Dr Ste 400, Valhalla, NY 10595-2321 |
| 520550340 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 05 2025 20:52:52 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 520550343 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 05 2025 20:49:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520575902 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 05 2025 20:50:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 520674817 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 05 2025 20:48:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 520550346 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 05 2025 20:50:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 05, 2025 | Form ID: ntcrics | Total Noticed: 18 |

| 520588121 | + Email/Text: RASEBN@raslg.com | Jun 05 2025 20:48:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853, Po Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520550344 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 07, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Towd Point Mortgage Trust 2019-3  U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Debtor Siemon J. Franken ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4